

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:    Texas Underground Utilities, Inc. v. Southwestern Bell Telephone Company

Appellate case number:    01-19-00814-CV

Trial court case number:    1129099

Trial court:    County Civil Court at Law No. 3 of Harris County

Date motion filed:    August 18, 2021

Party filing motion:    Appellant


It is ordered that the motion for rehearing is **denied**.


Judge's signature:    /s/ Julie Countiss
                        Acting for the Court

Panel consists of:  Justices Countiss, Rivas-Molloy, and Guerra.

Date: November 9, 2021